In Re: Gay Belanger
Case No. 09-11023-JMD
Chapter 13
Debtor

FILED
2010 OCT 22 P 1:48
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

**TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS**

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

   Check #5341
   Issued on: May 7, 2010
   Issued to: Atty Joel Rogge & Gay Belanger
   15 Great Gate Drive
   Hampton, NH 03842
   In the amount of $2,427.07

3. That the original, now cancelled check was sent to the debtor via her attorney, with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4. That attached is my replacement check number 5527 in the amount of $2,427.07, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: October 22, 2010

Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm Street
Suite 1002
Manchester, NH 03101
(603) 626-8899
ID# BNH01460

cc: Kerri

On this the 22nd day of October, 2010 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

*Priscilla Johnson*
Notary Public

[Notary Seal: PRISCILLA JOHNSON BERNARD, COMMISSION EXPIRES MAR. 4, 2014, NOTARY PUBLIC, NEW HAMPSHIRE]

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 22nd day of October, 2010, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, electronically or by first class mail to Debtor, Debtors' Attorney, and AUST Geraldine Karonis.

Dated: October 22, 2010        /s/ *Lawrence P. Sumski*
                               Lawrence P. Sumski